ANNA GUNDERSEN and Another, Appellants, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondent.— Order of March 13, 1933, purporting to be a granting of defendant's motion to resettle an order of October 29, 1932, by incorporating therein *nunc pro tunc* relief which was denied in the original order, reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. The Special Term was *functus officio*. The law at the time it made its original order was the same as it was at the time it made its so-called resettled order. It was without power to reverse its prior decision under the form of a resettlement of its prior order after the expiration of the time within which an appeal might have been taken therefrom. Since the order of April 3, 1933, from which an appeal was taken, rests on the continued existence of the March 13, 1933, order, the appeal from the order of April 3, 1933, is dismissed, without costs. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

SADIE HARRIS and ELSIE RABINOWITZ, Respondents, v. WARD BAKING COMPANY, Appellant.— Judgment as amended unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

BERNADETTE D. HORY, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Estate of JANE JOSS, Deceased. CHRISTINA J. DOUGAN, Executrix, etc., of JANE JOSS, Deceased, Appellant; ANNIE JOSS, Respondent.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to respondent, payable out of the estate. (*Andrews v. Nichols*, 116 App. Div. 645; *Bedell v. Carll*, 33 N. Y. 581; Neg. Inst. Law, § 35.) Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Petition of BLANCHE LOUISE THOMPSON, Respondent, under Section 231-A of the Surrogate's Court Act, to Fix and Determine the Compensation of CHARLES H. STOLL, Appellant, for Legal Services Rendered to the Estate of DAVID W. THOMPSON, Deceased, and for a Direction to Said Attorney to Refund the Difference, if Any, between the Amount so Determined and the Sum Now Held by Him.— Order of the Surrogate's Court of Queens county fixing the compensation of appellant as attorney unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.